HON. RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR05-5811RBL |
| Plaintiff, | |
| v. | ORDER GRANTING STIPULATED MOTION FOR BENCH TRIAL |
| DONG WAN PARK, | |
| Defendant. | |

THIS MATTER having come before the Court on the stipulated motion of the parties for a bench trial, and the Court having considered the stipulated motion of the parties, together with the written waiver of jury trial by Defendant, Dong Wan Park,

IT IS HEREBY ORDERED that the stipulated motion for bench trial is GRANTED.

DATED this ___15th___ day of ___May___, 2006.

*/s/ Ronald B. Leighton*
Ronald B. Leighton
United States District Judge

Order Granting Bench Trial - 1
Dong Wan Park/CR05-5811RBL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970