# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>**DONG WAN PARK,**<br><br>　　　　　Defendants. | **Case No.  CR05-5811RBL**<br><br>**ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION** |

**THIS MATTER** comes on for a hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of supervision under bond.

The plaintiff appears through Assistant United States Attorney, David Jennings.

The defendant appears personally and represented by counsel, Glen Prior.

The U.S. Pretrial Services Office has filed a petition alleging violations of the terms and conditions of supervision by traveling to Mexico, Canada, and Korea on or before June 25, 2006, and obtaining new travel documents in Mexico; the defendant has been advised of the allegations; the defendant has been advised of his right to a hearing and the maximum consequences if found to have been in violation; and the defendant having freely and voluntarily admitted the alleged violations.

**NOW THEREFORE**, the Court finds the defendant has violated the conditions of his Pretrial Supervision while on release under bond, and orders that the defendant's bond be revoked and the defendant be detained, to be delivered as ordered by the Court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

　　　　　　　　　　　　　　　　　　　　　　**November 3, 2006.**

　　　　　　　　　　　　　　　　　　　　　　___s/ Karen L. Strombom_____
　　　　　　　　　　　　　　　　　　　　　　**Karen L. Strombom, U.S. Magistrate Judge**